

THIS ORDER IS APPROVED.

Dated: February 16, 2010

_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

| | |
|---|---|
| 1 | **PERRY & SHAPIRO, L.L.P.** |
| | 3300 N. Central Avenue, #2200 |
| 2 | Phoenix, Arizona 85012 |
| | (602) 222-5711 |
| 3 | (602) 222-5701 Facsimile |
| | (847) 627-8802 Facsimile |
| 4 | AZNotices@logs.com, e-mail |
| | Christopher R. Perry, Bar #009801 |
| 5 | Jason P. Sherman, Bar #019999 |
| | Attorney for JPMorgan Chase Bank, N.A. |
| 6 | [FILE 10-000325 CHE] |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

In re:

ANGELA THAO SPENCER,

    Debtor.

JPMorgan Chase Bank, N.A., its assignees and / or successors in interest,

    Movant,

v.

ANGELA THAO SPENCER, Debtor, and Chapter 7 Trustee Beth Lang,

    Respondents.

Case # 4:09-bk-32584-JMM

Chapter 7 Proceedings

**ORDER LIFTING THE AUTOMATIC STAY**

Re: Real Property located at 8517 South Camino Bengala Tucson, AZ 85747

The court finds that a Motion for Relief From the Automatic Stay and a Notice of Filing of the Motion have been filed with the Court and served upon interested parties in the above captioned matter by JPMorgan Chase Bank, N.A., ("CHASE"), and that good cause exists to grant the Motion for Relief;

**THEREFORE, IT IS ORDERED:**

1. CHASE, its assignees or successors-in-interest, is hereby granted relief from all stays against lien enforcement including

the automatic stay imposed under 11 U.S.C. § 362 and the automatic injunction of 11 U.S.C. § 524(a) with reference to the real property generally described as 8517 South Camino Bengala, Tucson, AZ 85747 and legally described as:

> LOT 39, OF PUEBLO ESTRELLA AT RITA RANCH, A SUBDIVISION OF PIMA COUNTY, ARIZONA, ACCORDING TO THE MAP OR PLAT THEREOF OF RECORD IN THE COUNTY RECORDER OF PIMA COUNTY, ARIZONA, IN BOOK 48 OF MAPS AND PLATS AT PAGE 95 THEREOF

2. Unless and until otherwise ordered, the Automatic Stay imposed against CHASE shall remain lifted under this and any other chapter of the Bankruptcy Code to which this case may convert.

DATED: _____

_____
James M. Marlar
U. S. Bankruptcy Court Judge